**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all other similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>       Defendants. | Civil Action No. 3:16-cv-12326-KAR |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT, INDIANAPOLIS COLTS, INC. TO ANSWER**
**AND/OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Indianapolis Colts, Inc. ("Defendant"), moves with the assent of the Plaintiff, Alan Rackemann, for an extension of time to Answer or otherwise file a responsive pleading in response to the Complaint, to and including January 23, 2017. In support of this assented-to motion, Defendant states:

1. The Complaint in this action was filed by Plaintiff on November 18, 2016.

2. Defendant's Answer or responsive pleading is due on December 23, 2016.

3. Counsel for Defendant, Indianapolis Colts, Inc., has only recently been formally retained as counsel, and requires additional time to evaluate the Complaint and formulate an appropriate response thereto.

4. Counsel for the Plaintiff has assented to the requested extension of time, to and including January 23, 2017.

WHEREFORE, the Defendant, Indianapolis Colts, Inc, respectfully requests that the Court grant this <u>assented-to</u> motion and extend the time for filing an Answer or other responsive pleading to and including <u>January 23, 2017.</u>

                                        Respectfully submitted,

Dated: December 16, 2016         Defendant,
                                        INDIANAPOLIS COLTS, INC.,
                                        By Its Attorneys,

                                        <u>*/s/ John P. Pucci*</u>
                                        <u>*/s/ Michael D. Roundy*</u>
                                        John P. Pucci, BBO #407560
                                        Michael D. Roundy, BBO #669357
                                        Bulkley, Richardson & Gelinas, LLP
                                        1500 Main St., Suite 2700
                                        Springfield, MA  01115
                                        Phone:  413-272-6290
                                        Fax:  413-272-6804
                                        jpucci@bulkley.com
                                        mroundy@bulkley.com

                                        and

                                        /s/ *Eric Bosset*
                                        Eric Bosset (pro hac vice application to come)
                                        Covington & Burling, LLP
                                        One City Center, 850 Tenth St., NW
                                        Washington, DC 20001-4956
                                        ebosset@cov.com

ASSENTED TO BY:
Plaintiff,
ALAN RACKEMAN,
By His Attorneys:

<u>*/s/  Rafey Balabanian*</u>
Rafey Balabanian
Edelson, PC
123 Townsend St., Suite 100
San Francisco, CA
415-212-9300
rbalabanian@edelson.com

## CERTIFICATE OF SERVICE

       I certify that on December 16, 2016 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and if not so registered, that paper copies will be mailed to such parties or to their counsel if known.

                                      */s/ Michael D. Roundy*
                                      Michael D. Roundy

## LOCAL RULE 7.1(a)(2) CERTIFICATION

       I hereby certify in accordance with Local Rule 7.1(a)(2) that the parties have conferred and attempted in good faith to resolve or narrow the issue that is the subject of the foregoing motion, and Plaintiff's counsel <u>assents</u> to the within motion.

                                        */s/ Michael D. Roundy*
                                      Michael D. Roundy