# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| ALAN RACKEMANN,<br>　　Plaintiff,<br><br>v.<br><br>LISNR, INC., *et al.*,<br>　　Defendants. | Civil Action No. 3:16-cv-12326-KAR<br><br>**MOTION OF DEFENDANT, INDIANAPOLIS COLTS, INC. FOR ADMISSION OF COUNSEL, ERIC BOSSET,** *PRO HAC VICE* |

　　The defendant, INDIANAPOLIS COLTS, INC. ("Defendant"), moves pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, to admit attorney Eric Bosset *pro hac vice*.

　　As set forth in the Certificate of Mr. Bosset, filed herewith, Mr. Bosset is a partner in the law firm of Covington & Burling LLP, which is located at One CityCenter, 850 Tenth Street, NW, Washington, D.C. 20001-4965.

　　As set forth in Mr. Bosset's Certificate, Mr. Bosset is a member in good standing of the Bar of the District of Columbia, and is admitted and in good standing to practice in the following federal courts:  U.S. Court for the District of Columbia, U.S. District Court for the District of Maryland, U.S. District Court for the Central District of Illinois, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, and U.S. Court of Appeals for the Ninth Circuit.  Mr. Bosset is not the subject of any pending disciplinary proceeding, nor has he ever been denied admission to any Court to which he has applied.  Mr. Bosset is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

DC: 6309731-1

Mr. Bosset is lead counsel for the defendant, INDIANAPOLIS COLTS, INC. and is familiar with the instant case.  Mr. Bosset's admission to practice before the Court *pro hac vice* will therefore promote the efficient resolution of this case.

WHEREFORE, Defendant, INDIANAPOLIS COLTS, INC. by and through the undersigned counsel, respectfully requests that the Court grant this motion and allow Eric Bosset to appear *pro hac vice* as one of its chosen attorneys.

For the convenience of the Court, a proposed Order is annexed hereto.

Respectfully submitted,

Dated: December 23, 2016

Defendant,
INDIANAPOLIS COLTS, INC.,
By Its Attorneys,

*/s/ Michael D. Roundy*
Michael D. Roundy, BBO #669357
John P. Pucci, BBO #407560
Bulkley, Richardson & Gelinas, LLP
1500 Main St., Suite 2700
Springfield, MA  01115
Phone:  413-272-6290
Fax:  413-272-6804
jpucci@bulkley.com
mroundy@bulkley.com

## CERTIFICATE OF SERVICE

I certify that on December 23, 2016 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and if not so registered, that paper copies will be mailed to such parties or to their counsel if known.

 */s/ Michael D. Roundy*
Michael D. Roundy