# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| ALAN RACKEMANN,<br>　　Plaintiff,<br><br>v.<br><br>LISNR, INC., *et al.*,<br>　　Defendants. | Civil Action No. 3:16-cv-12326-KAR<br><br>**CERTIFICATE OF ERIC BOSSET** |

　　　　I, Eric Bosset, counsel for Defendant, INDIANAPOLIS COLTS, INC., hereby request that I be permitted, pursuant to Local Rule 83.5.3 of the Rules for the United States District Court for the District of Massachusetts, to appear and participate in this case as counsel for Defendant.  Having been duly sworn upon oath, I state as follows:

　　　　1.　　I am a partner at Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, D.C. 20001-4965.  I am a member in good standing of the bar of the District of Columbia, and am admitted and in good standing to practice in the following federal courts: U.S. District Court for the District of Columbia, U.S. District Court for the District of Maryland, U.S. District Court for the Central District of Illinois, U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, and U.S. Court of Appeals for the Ninth Circuit.

　　　　2.　　I am not now and never have been subject to any order of discipline by any court or administrative body, and there are no pending disciplinary proceedings against me.  I have never been denied admission to any court to which I have applied.  I have not previously had a pro hac vice admission to this court (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

3.     John P. Pucci and Michael D. Roundy are attorneys of the firm of Bulkley, Richardson and Gelinas, LLP, 1500 Main Street, Springfield, Massachusetts 01115, and are members of this Court and have previously entered their appearances in this case on Defendant's behalf.

4.     I am familiar with and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

SWORN TO UNDER THE PENALTIES OF PERJURY ON THIS 23rd DAY OF DECEMBER, 2016.

*/s/ Eric Bosset*
Eric Bosset