# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN RACKEMANN<br>*Plaintiff*<br><br>v.<br><br>LISNR, INC., ET AL.<br>*Defendant* | Civil Action No.:<br>3:16–CV–12326–KAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Lisnr, Inc.
> 920 Race Street, 4th Floor
> Cincinnati, Ohio 45214

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT M. FARRELL
*CLERK OF COURT*

/s/ – Mary Finn
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2016–11–21 11:42:46.0. Clerk USDC DMA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:16-cv-12326-KAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lisnr, Inc.
was received by me on *(date)* 11/23/2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Lisnr, Inc. on *(date)* 11/23/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 67.60 for services, for a total of $ 67.60.

I declare under penalty of perjury that this information is true.

Date: 11/28/2016

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd. # 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 11/23/2016 at 2:00 PM, at Corporation Trust Co., Registered Agent, 1209 Orange St., Wilmington, DE 19801.

Documents Served: Summons in a Civil Action; Standing Order; Magistrate Consent Form; Class Action Complaint and Demand for Jury Trial; and Preservation Letter