UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ALAN RACKEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LISNR, INC., a Delaware Corporation, ADEPT MOBILE, LLC, a Massachusetts Limited Liability Company, and INDIANAPOLIS COLTS, INC., an Indiana Corporation,<br><br>Defendants. | Civil Action No. 3:16-cv-12326-KAR<br><br><br>**ADEPT MOBILE, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS.** |

## **DEFENDANT, ADEPT MOBILE, LLC'S MOTION TO DISMISS**

NOW comes the Defendant in this Action, Adept Mobile, LLC and respectfully requests that this Court enter an Order dismissing the Plaintiff's Complaint. In support of this Motion, the Defendant submits its Memorandum of Law which should be incorporate herein by reference.

        Respectfully submitted,

        DEFENDANT,
        ADEPT MOBILE, LLC
        BY ITS ATTORNEY,

DATED: January 23, 2017         /s/ Jerrold G. Neeff
        Jerrold G. Neeff
        BBO# 635307
        The Bostonian Law Group
        30 Newbury, Third Floor
        Boston, MA 02116

(617) 312-4904
Jerry@Bostonianlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of Defendant's Motion to Dismiss was served on all counsel of record on January 23, 2017 pursuant to this Court's CM/ECF electronic filing system.

/s/ Jerrold G. Neeff____

## L.R. RULE 7.1 CERTIFICATION

I, Jerrold G. Neeff, do hereby certify that I have contacted counsel for the plaintiff in order to attempt to resolve or narrow the issues presented in this Motion.

/s/ Jerrold G. Neeff____